United States District Court

Eastern District of California

Francisco Herra Lopez,

    Plaintiff,     No. Civ. S 05-0290 MCE PAN P

vs.     Notice

R. Franco, et al.,

    Defendants.

-oOo-

Plaintiff is a prisoner, without counsel, seeking leave to commence an action against prison officials for civil rights violations in forma pauperis pursuant to 28 U.S.C. § 1915(a). This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).  Pursuant to 28 U.S.C. § 1915(b)(1), plaintiff must pay the $250 filing fee required by 28 U.S.C. § 1914(a).  No initial partial filing fee has been assessed.  However, plaintiff must make monthly payments of 20 percent of the preceding month's income credited to his trust

1 fund account.  28 U.S.C. § 1915(b)(2).  The agency having custody
2 of plaintiff is required to forward payments from plaintiff's
3 account to the clerk of the court each time the amount in the
4 account exceeds $10 until the filing fee is paid.
5     The clerk of the court shall serve a copy of this notice and
6 a copy of plaintiff's in forma pauperis application upon the
7 Director of the California Department of Corrections and deliver
8 a copy of this notice to the clerk's financial division.
9     Dated:  July 12, 2005.

                                         /s/ Peter A. Nowinski
                                         PETER A. NOWINSKI
                                         Magistrate Judge