<pre>
 1
 2
 3
 4
 5
 6
 7
 8                    United States District Court
 9                   Eastern District of California
10
11
12  Francisco Herra Lopez,
13          Plaintiff,              No. Civ. S 05-0290 MCE PAN P
14      vs.                         Findings and Recommendations
15  R. Franco, et al.,
16          Defendants.
17                            -oOo-
</pre>

18      July 13, 2005, the court dismissed plaintiff's complaint for

19  failure to state a claim and explained to plaintiff the

20  requirements of an amended complaint.  Plaintiff has filed an

21  amended complaint.

22      I have reviewed plaintiff's amended complaint pursuant to 28

23  U.S.C. § 1915A and find it fails to state a claim for relief.

24      To state a claim under 42 U.S.C. § 1983, plaintiff must

25  allege an identified defendant deprived plaintiff of a right

26  secured to him by the Constitution or laws of the United States

while acting under color of state law.  <u>West v. Atkins</u>, 487 U.S.
42, 48-49 (1988).  To state a claim for discrimination in
violation of the Equal Protection Clause of the Fourteenth
Amendment, a plaintiff must allege identified defendants have
discriminated against him based upon his membership in a
protected class.  <u>Barren v. Harrington</u>, 152 F.3d 1193, 1194
(1998).

Plaintiff challenges the decision to place him on lockdown
solely because of his race following gang-related violence.
Plaintiff's allegation defendants should have classified him as
"other" instead of "Hispanic" so plaintiff would not have been
placed on lockdown misses the mark.  The Equal Protection Clause
is a command that government treat all similarly situated people
the same.  <u>City of Cleburne, Tex. v . Cleburne Living Center</u>, 473
U.S. 432 (1985).  It is not a command that government accurately
classify individuals to justify disparate treatment.

I find plaintiff fails to state a claim.

For these reasons, I hereby recommend this action be
dismissed for plaintiff's failure to state a claim.  <u>See</u> <u>Lopez v.
Smith</u>, 203 F.3d 1122, 1128 (9th Cir. 2000) (indigent prisoner
proceeding without counsel must be given leave to file amended
complaint unless the court can rule out any possibility that the
plaintiff could state a claim).

Pursuant to the provisions of 28 U.S.C. § 636(b)(1), these
findings and recommendations are submitted to the United States
District Judge assigned to this case.  Within 20 days after being

served with these findings and recommendations, plaintiff may file written objections. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." The district judge may accept, reject, or modify these findings and recommendations in whole or in part.

Dated:  November 29, 2005.

_/s/ Peter A. Nowinski_
PETER A. NOWINSKI
Magistrate Judge